# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| YVONNE McGHEE, | : |
| Plaintiff | : |
| v. | : 5:06-CV-397 (WDO) |
| CITY OF FORSYTH, et al., | : |
| Defendants | : |

## ORDER

Pursuant to Plaintiff's voluntary dismissal of (1) her claim that she was unlawfully denied a promotion in October of 2004, (2) her Section 1983 claims against the Mayor and City Council and (3) her Section 1983 claims against the City of Forsyth, Defendants' motion for partial judgment on the pleadings is GRANTED.

SO ORDERED this 26th day of June, 2007.

S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE